Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
**Northern District of California**

| In re Debtor(s):<br><br>Jim Pelota Mahan and Mariafe Valdez Mahan | Case No.: 10–41643 CN 13<br>Chapter: 13 |
|---|---|

## Notice of Deficient Application for Unclaimed Dividends

CLAIMANT: Creditor Hudson & Keyse LLC, Fund Locator Dilks   CLAIM: 357.02
& Knopik LLC

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
    ☐ The Affidavit was not submitted.
    ☐ The Affidavit was not signed.
    ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☑ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☐ Other: A valid Power of Attorney to collect funds on behalf of the creditor was not submitted.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 10/22/2015 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Chris Gundayao

Dated: <u>9/22/15</u>

For the Court:

    Edward J. Emmons
    Clerk of Court
    United States Bankruptcy Court

    By: Chris Gundayao
        (415)268–2344
        Chris_Gundayao@canb.uscourts.gov